IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 04-cv-00375-EWN-BNB

ANTHONY RAY MARTINEZ,

Plaintiff,

v.

RICK BARRY,
ESTHER SMITH, and
C.P.O. SUSAN KELLER,

Defendants.
_____

**ORDER**
_____

This matter is before me on the **Motion By Defendant Smith for Protective Order** (the "Motion"), filed August 19, 2005. The Motion is GRANTED.

On June 25, 2004, I entered an order providing that "[t]he plaintiff is prohibited from serving discovery requests upon the defendants until further order of this Court. . . ." At the time, motions to dismiss were pending; no scheduling conference had been held; and no scheduling order had been entered.

On January 20, 2005, I recommended that Claims 1 and 2 of the complaint be dismissed in their entirety; that Claim 3, asserted only against defendant Smith, not be dismissed; and that Claim 4 be dismissed as against defendants Reed and Berry but not against defendant Smith. Defendant Keller has answered the complaint. The district judge adopted my recommendation and re-committed the matter for further proceedings.

I set the case for a scheduling conference on April 1, 2005.  The scheduling conference was reset to May 2, 2005.  In the meantime, however, I entered an order to show cause why the case should not be dismissed based on the plaintiff's failure to make his monthly filing fee.  See Order dated March 31, 2005.  The plaintiff failed to respond to the order to show cause, and on April 20, 2005, I recommended that the case be dismissed based on the plaintiff's failure to make his monthly filing fee or show cause why he cannot.  In view of that recommendation, which is the subject of a pending objection, I vacated the May 2 scheduling conference.

There still has been no scheduling conference, and no scheduling order has been entered.  Until those events occur, and until the district judge rules on the objection to my recommendation that the case be dismissed in its entirety, discovery is premature.

IT IS ORDERED that the Motion is GRANTED.  The discovery served on defendant Smith shall not be had at this time.  No discovery shall be served by any party until further order of the court.

Dated August 23, 2005.

BY THE COURT:

/s/ Boyd N. Boland
United States Magistrate Judge