IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 04-cv-00375-EWN-BNB

ANTHONY RAY MARTINEZ,

Plaintiff,

v.

RICK BARRY,
ESTHER SMITH, and
C.P.O. SUSAN KELLER,

Defendants.
_____

**ORDER**
_____

This matter is before me on **Plaintiff's Petition to Court Order for Protective Order** (the "Motion"), filed September 7, 2005. The plaintiff states that he did not receive a copy of defendant Smith's motion for a protective order, filed August 19, 2005. He requests that the Court "check the record to see if a copy of the request for protective order has been sent to me." He further requests that, in the event the request was not served on him, the court withdraw its order granting the request.

Defendant Smith states that a copy of the motion for a protective order has been mailed to the plaintiff. *Response of Defendant Smith to Plaintiff's "Petition to Court Order for Protective Order,"* filed September 8, 2005. Regardless, no substantive grounds exist for vacating the protective order.

IT IS ORDERED that the Motion is DENIED.

Dated September 15, 2005.

BY THE COURT:

/s/ Boyd N. Boland
United States Magistrate Judge