IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 04-cv-00375-EWN-BNB

ANTHONY RAY MARTINEZ,

Plaintiff,

v.

RICK BARRY,
ESTHER SMITH, and
C.P.O. SUSAN KELLER,

Defendants.

_____

**ORDER**
_____

This matter is before me on **Plaintiff's Motion to Amend Prisoner's Complaint** (the "Motion"), filed December 19, 2005. The plaintiff requests that this case be consolidated with Case No. 05-cv-01659-EWN-BNB, commenced by the plaintiff on August 8, 2005. I note that the plaintiff has commenced numerous actions in this court.[1]

On April 20, 2005, I recommended that this case be dismissed based on the plaintiff's failure to comply with the Court's order that he make monthly payments in partial satisfaction of the filing fee or show cause why he cannot make such payments. *Recommendation of United States Magistrate Judge*, issued April 20, 2005 (filed April 21, 2005). The district judge has not yet issued an order concerning that Recommendation.

IT IS ORDERED that the Motion is DENIED without prejudice, and may be renewed if appropriate after the district judge issues an order addressing the pending recommendation.

---

[1] Court records indicate that the plaintiff has filed at least eight cases.

Dated February 15, 2006.

BY THE COURT:

 s/ Boyd N. Boland
United States Magistrate Judge