IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Edward W. Nottingham**

Civil Action No. 04–cv–00375–EWN–BNB

ANTHONY RAY MARTINEZ,

    Plaintiff,

v.

RICK BARRY,
ESTHER SMITH,
STEPHANIE REED, and
C.P.O. SUSAN KELLER,

    Defendants.

## ORDER CONCERNING MAGISTRATE JUDGE'S RECOMMENDATION

    This matter is before the court on the "Recommendation of United States Magistrate Judge" that the case be dismissed without prejudice because Plaintiff has ignored court orders, failed to pay any part of the filing fee, and failed to furnish any account statement demonstrating that he cannot pay the fee. Plaintiff has objected to the recommendation. I have conducted the requisite *de novo* review of the issues, the record, and the recommendation. The recommendation was well-founded when it was entered. The court notes, however, that the magistrate judge evidently got Plaintiff's attention. Plaintiff has filed monthly trust fund account statements since May 23, 2005. Consistent with prior statements, his current statement discloses a deficit of over $500. Since the recommended dismissal would be without prejudice, and since Plaintiff has

complied with the requirement for a trust fund statement, the court elects to allow the case to proceed. Accordingly, it is

**ORDERED** as follows:

1. The recommendation (#116) is REJECTED because compliance has been achieved.
2. The motion for a ruling (#134) is GRANTED. The motion for a hearing (#154) is DENIED.
3. The case is hereby RECOMMITTED to the magistrate judge.

DATED this 26th day of September, 2006.

BY THE COURT:

s/ Edward W. Nottingham
EDWARD W. NOTTINGHAM
United States District Judge