IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 04-cv-00375-EWN-BNB

ANTHONY RAY MARTINEZ,

Plaintiff,

v.

RICK BARRY,
ESTHER SMITH, and
C.P.O. SUSAN KELLER,

Defendants.

_____

## ORDER
_____

I am informed that this case has been resolved. Accordingly,

IT IS ORDERED that on or before **January 25, 2007**, the parties shall file a stipulation or motion to dismiss with prejudice, pursuant to Fed. R. Civ. P. 41(a).

Dated January 11, 2007.

BY THE COURT:

 s/ Boyd N. Boland
United States Magistrate Judge