IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.: 04-cv-00375-EWN-BNB

ANTHONY RAY MARTINEZ,
Plaintiff,

v.

ESTHER SMITH, and
C.P.O. SUSAN KELLER,
Defendants.

## ORDER FOR DISMISSAL WITH PREJUDICE

      This matter coming before the Court on the Stipulation for Dismissal with Prejudice filed by the parties, and the Court being fully advised,

      The Court hereby ORDERS that all claims of the plaintiff against the defendant, are dismissed, with prejudice.

      Dated this 19th day of January, 2007.

      BY THE COURT:

      s/ Edward W. Nottingham
      United States District Court Judge